## THE PEOPLE, *ex rel.* GREEN, *against* THE JUDGES OF ONONDAGA COMMON PLEAS

ON a reference in the Court below, between Green, plaintiff, and Hall, defendant, the referees had certified a balance in favor of the defendant, of about $80, which the C. P. had, on motion, refused to set aside, and they rendered judgment thereon.

This Court had, at a previous term, on various grounds, granted an alternative mandamus, commanding the Court below to set aside the report, &c.

Now, upon the return, different questions were made; and, among other things, it was objected, in behalf of Green, that the defendant's notice of set-off, in the Court below, did not, in terms, claim that a balance was due to him over and above the plaintiff's demand.

A notice of set-off need not expressly claim a balance in the defendant's favor, in order to warrant his recovering one. It is enough to warrant this, that it set forth his demand in the usual form.

*J. A. Spencer*, for the plaintiffs.

*G. C. Bronson*, for the defendants.

*Curia.* This was not necessary. The right to a balance in the defendants' favor followed, upon the common notice, as a legal consequence. They need not claim a balance in terms.

Peremptory mandamus denied.